BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-0042 LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE; ORDER |
| JOSE JAVIER ROSAS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on February 27, 2015.

2. On February 19, 2015, the grand jury returned an indictment against the defendant.

2. By this stipulation, the parties move to vacate the current hearing date and continue the matter to March 2, 2015, at 1:30 p.m., before U.S. Magistrate Judge Barbara A. McAuliffe for arraignment and plea on the indictment.

////

////

////

1

IT IS SO STIPULATED.

DATED:    February 26, 2015.    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

*/s/ Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:    February 26, 2015.

*/s/ Eric Kersten*
ERIC KERSTEN
Counsel for Defendant

IT IS SO ORDERED.

Dated:   **February 26, 2015**

UNITED STATES MAGISTRATE JUDGE

2